**Amended Order filed November 5, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00691-CV

_____

## IN RE VALERO REFINING TEXAS L.P., Relator

---

### ORIGINAL PROCEEDING
### WRIT OF MANDAMUS
### 295th District Court
### Harris County, Texas
### Trial Court Cause No. 2018-36172

---

## AMENDED ORDER

On August 9, 2019, relator Valero Refining-Texas, Inc. filed a petition for writ of mandamus. Valero challenges orders denying its motion for summary judgment and motion for permissive interlocutory appeal regarding whether Valero is immune from common law negligence claims pursuant to the Texas Workers' Compensation Act. Valero asks this court to compel the Honorable Donna Roth, presiding judge of the 295th District Court, Harris County, to render judgment in Valero's favor or, in the alternative, compel Judge Roth to permit an interlocutory appeal.

Valero also filed a motion to file documents under seal. On September 26, 2019, we granted the motion as to a temporary seal and advised the parties that the temporary seal would become final when the parties (1) file with the Clerk of the Texas Supreme Court a verified copy of the posted notice and (2) file with the clerk of this court (a) a statement of compliance with Rule 76a(3) and (b) the signed final sealing order.

On October 24, 2019, the parties filed in this court a joint statement of compliance with requirements for permanent sealing, advising that they have complied with the requirements set forth in our September 26, 2019 order, providing this court with exhibits in support of their compliance, and requesting that we permanently seal Exhibit D to Valero's motion for summary judgment.

The parties have complied with our September 26, 2019 order. We therefore grant the parties' request and order that Exhibit D to Valero's motion for summary judgment be permanently sealed.


PER CURIAM

Panel Consists of Justices Christopher, Spain, and Poissant.

2